Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−26190
Chapter: 7
Judge: Carol A. Doyle

In Re:
   Jose Edgar Gallegos
   1721 N. 38th Ave.
   Stone Park, IL 60165

Social Security No.:
   xxx−xx−4143

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

   219 South Dearborn, Courtroom 742, Chicago, IL 60604

   on October 31, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 4, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jose Edgar Gallegos
1721 N. 38th Ave.
Stone Park, IL 60165
SSN: xxx−xx−4143 EIN: N.A.

Case No. :  18−26190
Chapter :  7
Judge :   Carol A. Doyle

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

   The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**
· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

   Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 4, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jose Edgar Gallegos  
     Debtor

Case No. 18-26190-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mmiller     Page 1 of 1     Date Rcvd: Oct 04, 2018  
                      Form ID: ntchrgRq     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
27089657          Chase,    POB 4690630,    Glendale CO 80256-9030  
27118279          JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,    Columbus, OH 43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db            +E-mail/PDF: jose1470gallegos@gmail.com Oct 05 2018 01:11:46     Jose Edgar Gallegos,    1721 N. 38th Ave.,    Stone Park, IL 60165-1101  
27103728         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 05 2018 01:19:31     Attn: Capital One Auto Finance, a division of Capi,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901  
27099413         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 05 2018 01:19:32     Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901  
                                                                                                                                                                                                   TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
         Richard M. Fogel     rfogel@foxrothschild.com,    il72@ecfcbis.com  
         Todd J Ruchman     on behalf of Creditor    JPMorgan Chase Bank NA amps@manleydeas.com  
                                                                                                                                                                                                           TOTAL: 3